**Fill in this information to identify the case:**

Debtor 1      Jonathan Trester Houck, aka Jonathan T. Houck

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Indiana

Case number   19-06881-JMC-13

Official Form 410S1

# Notice of Mortgage Payment Change                                     12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust

**Court claim no.** (if known): 7-1

**Last 4 digits** of any number you use to identify the debtor's account:  8 6 2 2

**Date of payment change:**
Must be at least 21 days after date of this notice    10/01/2021

**New total payment:**   $ 2,037.74
Principal, interest, and escrow, if any

## Part 1:  Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 929.24        New escrow payment: $ 969.77

## Part 2:  Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%        New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3:  Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____        New mortgage payment: $ _____

Official Form 410S1                  Notice of Mortgage Payment Change                  page 1

Debtor 1 __Jonathan Trester Houck__  
     First Name   Middle Name   Last Name

Case number *(if known)* __19-06881-JMC-13__

**Part 4:** **Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ __/s/ Molly Slutsky Simons__  
Signature

Date __09/02/2021__

Print: __Molly Slutsky Simons__  
   First Name   Middle Name   Last Name

Title __Attorney for Creditor__

Company __Sottile & Barile, Attorneys at Law__

Address __394 Wards Corner Road, Suite 180__  
   Number   Street

__Loveland__     __OH__     __45140__  
City     State     ZIP Code

Contact phone __513-444-4100__

Email __bankruptcy@sottileandbarile.com__

**SN SERVICING CORPORATION**
323 FIFTH STREET
EUREKA CA  95501

(800) 603-0836
Para Español, Ext. 2660, 2643 o 2772
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

JONATHAN T HOUCK
8426 ADMIRALS CV
INDIANAPOLIS IN  46236

Analysis Date: August 20, 2021                                                                                                    Final
Property Address: 8426 ADMIRALS COVE  INDIANAPOLIS, IN 46236                                          Loan:

**Annual Escrow Account Disclosure Statement**
**Account History**

This is a statement of actual activity in your escrow account from Oct 2020 to Sept 2021.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Oct 01, 2021: |
|---|---|---|
| Principal & Interest Pmt: | 1,067.97 | 1,067.97 ** |
| Escrow Payment: | 929.24 | 969.77 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $1,997.21 | $2,037.74 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Feb 01, 2019 |
| Escrow Balance: | (29,702.11) |
| Anticipated Pmts to Escrow: | 29,735.68 |
| Anticipated Pmts from Escrow (-): | 0.00 |
| Anticipated Escrow Balance: | $33.57 |

** The terms of your loan may result in changes to the monthly principal and interest payments during the year.

| | Payments to Escrow | | Payments From Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| Date | Anticipated | Actual | Anticipated | Actual | Description | Required | Actual |
| | | | | | Starting Balance | 0.00 | (21,335.79) |
| Oct 2020 | | | | 3,570.70 * | County Tax | 0.00 | (24,906.49) |
| Nov 2020 | | 817.73 | | * | | 0.00 | (24,088.76) |
| Dec 2020 | | 817.73 | | * | | 0.00 | (23,271.03) |
| Jan 2021 | | 817.73 | | * | | 0.00 | (22,453.30) |
| Apr 2021 | | | | 4,207.54 * | County Tax | 0.00 | (26,660.84) |
| May 2021 | | 817.73 | | * | | 0.00 | (25,843.11) |
| May 2021 | | | | 3,859.00 * | Homeowners Policy | 0.00 | (29,702.11) |
| | | | | | Anticipated Transactions | 0.00 | (29,702.11) |
| Aug 2021 | | 28,806.44 | | | | | (895.67) |
| Sep 2021 | | 929.24 | | | | | 33.57 |
| | $0.00 | $33,006.60 | $0.00 | $11,637.24 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling 0.00.  Under Federal law, your lowest monthly balance should not have exceeded 0.00 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Page 1

Analysis Date: August 20, 2021 Final
Borrower: JONATHAN T HOUCK  Loan:

**Annual Escrow Account Disclosure Statement**
**Projections for Coming Year**

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
| | | | Starting Balance | 33.57 | 5,818.62 |
| Oct 2021 | 969.77 | | | 1,003.34 | 6,788.39 |
| Nov 2021 | 969.77 | 3,570.70 | County Tax | (1,597.59) | 4,187.46 |
| Dec 2021 | 969.77 | | | (627.82) | 5,157.23 |
| Jan 2022 | 969.77 | | | 341.95 | 6,127.00 |
| Feb 2022 | 969.77 | | | 1,311.72 | 7,096.77 |
| Mar 2022 | 969.77 | | | 2,281.49 | 8,066.54 |
| Apr 2022 | 969.77 | | | 3,251.26 | 9,036.31 |
| May 2022 | 969.77 | 4,207.54 | County Tax | 13.49 | 5,798.54 |
| May 2022 | | 3,859.00 | Homeowners Policy | (3,845.51) | 1,939.54 |
| Jun 2022 | 969.77 | | | (2,875.74) | 2,909.31 |
| Jul 2022 | 969.77 | | | (1,905.97) | 3,879.08 |
| Aug 2022 | 969.77 | | | (936.20) | 4,848.85 |
| Sep 2022 | 969.77 | | | 33.57 | 5,818.62 |
| | $11,637.24 | $11,637.24 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)
Your escrow balance contains a cushion of 1,939.54.  A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs.  Under Federal law, your lowest monthly balance should not exceed 1,939.54 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 33.57.  Your starting balance (escrow balance required) according to this analysis should be $5,818.62.  This means you have a shortage of 5,785.05.  This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days.  We have decided to do nothing.

We anticipate the total of your coming year bills to be 11,637.24.  We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

Analysis Date: August 20, 2021 Final
Borrower: JONATHAN T HOUCK Loan:

| **New Escrow Payment Calculation** | |
|---|---:|
| Unadjusted Escrow Payment | 969.77 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $969.77 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated.  Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: | Case No. 19-06881-JMC-13 |
| Jonathan Trester Houck, aka Jonathan T. Houck | Chapter 13 |
| Debtor | Judge James M. Carr |

### CERTIFICATE OF SERVICE

I certify that on September 2, 2021, a copy of the foregoing Notice of Mortgage Payment Change was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/parties may access this filing through the Court's system:

    John T McManus, Debtor's Counsel
    jtmlaw@hotmail.com

    John Morgan Hauber, Trustee
    ecfmail@hauber13.com

    Office of the U.S. Trustee
    ustpregion10.in.ecf@usdoj.gov

I further certify that on September 2, 2021, a copy of the foregoing Notice of Mortgage Payment Change was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Jonathan Trester Houck, Debtor
    8426 Admirals Cove
    Indianapolis, IN 46236

    Respectfully Submitted,

    /s/ Molly Slutsky Simons
    Molly Slutsky Simons (OH 0083702)
    Sottile & Barile, Attorneys at Law
    394 Wards Corner Road, Suite 180
    Loveland, OH 45140
    Phone: 513.444.4100
    Email: bankruptcy@sottileandbarile.com
    Attorney for Creditor